GEORGE FRANCIS BARLOW, RESPONDENT, v. GEORGE E. STERR, APPELLANT.

Argued October 23, 1933—Decided January 5, 1934.

For the appellant, *Mark Townsend, Jr.*

For the respondent, *Turner & Stalter.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion filed in the Supreme Court.

*For reversal*—None.